AO 91 (Rev 8/01)   Criminal Complaint

# United States District Court

| SOUTHERN | DISTRICT OF | TEXAS |
|---|---|---|

## McALLEN DIVISION

UNITED STATES OF AMERICA

V.

**Edgar Francisco Ruiz-Hernandez**
**A205 116 431**
AKA: **Jose Julian Razoquintero**
**Jose Julian Razo-Quintero**
**IAE     YOB:     1985**
**Mexico**

(Name and Address of Defendant)

United States District Court
Southern District of Texas
FILED

**MAY 2 0 2014**

Clerk of Court

## CRIMINAL COMPLAINT

Case Number:     **M-14-0985-M**

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my

knowledge and belief. On or about _____**May 19, 2014**_____ in ___**Hidalgo**___ County, in

the ___**Southern**___ District of ___**Texas**___

(*Track Statutory Language of Offense*)

**being then and there an alien who had previously been deported from the United States to the United Mexican States in pursuance of law, and thereafter was found near Hidalgo, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;**

in violation of Title ___**8**___ United States Code, Section(s) ___**1326**___ **(Felony)**

following facts:

**Edgar Francisco Ruiz-Hernandez was encountered by Border Patrol Agents near Hidalgo, Texas, on May 19, 2014. The investigating agent established that the Defendant was an undocumented alien and requested record checks. The Defendant claims to have illegally entered the United States on May 19, 2014, near Hidalgo, Texas. Record checks revealed the Defendant was formally Deported/Excluded from the United States on October 22, 2012, through Otay Mesa, California. Prior to Deportation/Exclusion the Defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On August 5, 2011, the defendant was convicted of Robbery, and was sentenced to three (3) years confinement.**

Continued on the attached sheet and made a part of this complaint:   ☐ Yes   ☒ No

*OK to file. TLT*

_____
*(signature)*
**Signature of Complainant**

Sworn to before me and subscribed in my presence,

**May 20, 2014**

**Eduardo Cortez          Senior Patrol Agent**

_____
*(signature)*

**Dorina Ramos**          , U.S. Magistrate Judge
**Name and Title of Judicial Officer**

**Signature of Judicial Officer**